JUNE 18, 1997

No. 96–9394 (A–910).  IN RE TRISTAN MONTOYA.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.